IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>DAVID FRANCIS MILLER, III,<br><br>    Debtors.<br><br>BANK OF AMERICA, N.A.,<br><br>    Appellant,<br><br>v.<br><br>DAVID FRANCIS MILLER, III,<br><br>    Appellees. | Case No. 1:14-cv-01377-AT |

### ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order on Motion for Determination of Status of Claim, entered by the United States Bankruptcy Court for the Northern District of Georgia (Ellis-Monro, J.) on April 3, 2014, is hereby AFFIRMED.

**SO ORDERED,** this 29th day of July, 2014.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

1