**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DAVID FRANCIS MILLER, III, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 13-77194-BEM |
| BANK OF AMERICA, N.A., | |
| Appellant, | ADVERSARY NO. |
| vs. | |
| DAVID FRANCIS MILLER, III, | CIVIL ACTION FILE |
| Appellee. | NO. 1:14-cv-1377-AT |

**J U D G M E N T**

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of the appeal of the bankruptcy order entered April 3, 2014, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 29th day of July, 2014.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Harry F. Martin
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 29, 2014
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
        Deputy Clerk